UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| APPLICATION AND SEARCH WARRANT FOR ) <br> A GRAY IN COLOR SINGLE WIDE MOBILE ) <br> HOME ON THE SAME LOT AS #20 FLOWER ) <br> VIEW LANE IN WEAVERVILLE, NORTH ) <br> CAROLINA (TARGET LOCATION) ) <br> _____ ) | DOCKET NO. 1:14mj7 <br><br> **<u>ORDER</u>** |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the application and warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the application and warrant in the above-captioned case be unsealed.

Signed: May 8, 2014

Dennis L. Howell
United States Magistrate Judge